IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:11CR36 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO UNSEAL** |
| 1) DAVID MENDEZ CABRANO | ) | |
| 2) EDGAR OCTAVIO MARTINEZ | ) | |
| 3) JOSE HERNANDEZ SILVA | ) | |
| 4) MELISSA NICOLE COOK | ) | |
| 5) BRITTNEY LYNN MOORE | ) | |
| 6) TAMMY LYNN PAYNE | ) | |
| 7) TONI LYNN HOLCOMBE | ) | |
| 8) SUSAN ELEANOR STANFORD | ) | |

THIS MATTER is before the Court on motion of the Government to unseal the entire case in the captioned criminal matter.

For good cause shown.

IT IS, THEREFORE, ORDERED that the Government's motion is ALLOWED and the entirecase in this criminal action is hereby UNSEALED.

This the 6th day of May, 2011.

DENNIS HOWELL
UNITED STATES MAGISTRATE JUDGE